1   J. CHRISTOPHER JORGENSEN, ESQ.
    STATE BAR NO. 5382
2   LEWIS AND ROCA LLP
    3993 Howard Hughes Pkwy., Ste. 600
3   Las Vegas, NV  89169
    (702) 949-8200
4   (702) 949-8398/fax

5   *Attorneys for Defendants Countrywide Home*
    *Loans, Inc., Bank of America, N.A., Recontrust*
6   *Company, N.A. and MERS*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **FOR THE DISTRICT OF NEVADA**

10  YEN-HSUEH LAI,                          Case:  2:10-cv-00420-RLH-LRL

11                          Plaintiff,

12          vs.                             **REQUEST FOR ENTRY OF**
                                            **ORDER DISMISSING CASE DUE**
13  COUNTRYWIDE HOME LAONS; BANK OF         **TO PLAINTIFFS' NON-**
    AMERICA; RECONTRUST; MERS; et al.,      **OPPOSITION**
14
                            Defendants.
15

16  TO:    THE HONORABLE ROGER L. HUNT AND HONORABLE LAWRENCE R.
               LEAVITT; and
17
18  TO:    ALL INTERESTED PARTIES HEREIN:

19          On May 13, 2010, Defendants filed a Motion to Dismiss.  The date for filing any

20  Opposition to said Motion passed as of May 30, 2010.  No opposition has been filed.

21          If an opposition is not timely filed and served, it shall "constitute a consent to the granting

22  of the motion." *See* Local Rule 7-2(d). Local Rule 7-2 of the United States District Court for the

23  District of Nevada states:

24          (a)  All motions, unless made during a hearing or trial, shall be in
            writing and served on all other parties who have appeared. The motion
25          shall be supported by a memorandum of points and authorities.

26          (b)  Unless otherwise ordered by the court, points and authorities in
            response shall be filed and served by an opposing party fifteen (15)
27          days after service of the motion.

28          (c)  Unless otherwise ordered by the court, reply points and authorities
            shall be filed and served by the moving party eleven (11) days after
            service of the response.

1

2

(d)  The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion. The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

3

4

5

*See* Local Rule 7-2.

6

In accordance therewith, Defendants respectfully request that this Court enter an Order

7

granting their Motion to Dismiss.

8

DATED this 4th day of June, 2010.

9

LEWIS AND ROCA LLP

10

11

By/s/ J. Christopher Jorgensen

12

J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382

13

3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169

14

*Attorneys for Defendants Countrywide Home Loans, Inc., Bank of America, N.A., Recontrust Company, N.A. and MERS*

15

16

17

**CERTIFICATE OF SERVICE**

18

I hereby certify that service of the foregoing document was made on the 4th day of June

19

2010, via US mail, to the following:

20

Yen-Hsueh Lai

21

8931 Sanibel Shore Avenue
Las Vegas, NV 89147

22

Pro Se Plaintiff

23

*/s/ Donna Simpson*

24

an employee of Lewis and Roca LLP

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

-2-

444762